■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES D. MANTON, Appellant. (Appeal No. 2.) [621 NYS2d 991] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Jefferson County Court, Clary, J.— Attempted Assault, 2nd Degree.) Present—Pine, J. P., Lawton, Fallon, Wesley and Davis, JJ.

■ In the Matter of ANTHONY CAMPOLITO, Appellant, v HANS A. WALKER, as Superintendent of the Auburn Correctional Facility, Respondent. [621 NYS2d 1010] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Cayuga County, Corning, J.—Habeas Corpus.) Present—Pine, J. P., Lawton, Fallon, Wesley and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN L. ELLIOTT, Appellant. [621 NYS2d 980] —Judgment unanimously affirmed (see, People v Saunders, 190 AD2d 1092, 1093, lv denied 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Dadd, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Pine, J. P., Lawton, Fallon, Wesley and Davis, JJ.